**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2047**

DORA L. ADKINS,

                Plaintiff - Appellant,

      v.

DULLES HOTEL CORPORATION,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:20-cv-00361-RDA-IDD)

Submitted: December 22, 2020                Decided: December 29, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se. Richard W. Souther, LAW OFFICE OF RICHARD W. SOUTHER, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's orders dismissing her civil action for lack of subject matter jurisdiction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Dulles Hotel Corp.*, No. 1:20-cv-00361-RDA-IDD (E.D. Va. Sept. 16, 2020 & Sept. 25, 2020). However, because the dismissal was for lack of subject matter jurisdiction, we modify the judgment to reflect that the dismissal is without prejudice. *See S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013) ("A dismissal for . . . [a] defect in subject matter jurisdiction . . . must be one without prejudice, because a court that lacks jurisdiction has no power to adjudicate and dispose of a claim on the merits."). We grant Adkins' motion to file an amended informal brief and deny as moot her motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*